UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDUSTRIAL CARRIERS INC., :
:
            Plaintiff, :
: 07 CV 8370
   - against - : ECF CASE
:
GRANDVIEW SHIPPING PTY. LTD., :
:
           Defendant. :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                      NONE.

Dated: September 26, 2007
        New York, NY

                                      The Plaintiff,
                                      INDUSTRIAL CARRIERS INC.,

                           By: /s/
                                      Lauren C. Davies (LD 1980)
                                      Thomas L. Tisdale (TT 5263)
                                      TISDALE LAW OFFICES, LLC
                                      11 West 42nd Street, Suite 900
                                      New York, NY 10036
                                      (212) 354-0025 – phone
                                      (212) 869-0067 – fax
                                      ldavies@tisdale-law.com
                                      ttisdale@tisdale-law.com