CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| INDUSTRIAL CARRIERS, INC., | 07 Civ. 8370 (DC) |
| Plaintiff, | **NOTICE OF RESTRICTED APPEARANCE IN ACCORDANCE WITH RULE E(8) OF THE F.R.C.P. SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS** |
| - against – | |
| GRANDVIEW SHIPPING PTY, LTD., | |
| Defendant. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE THAT Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, the firm of Chalos, O'Connor & Duffy, LLP, hereby makes a restricted appearance on behalf of defendant GRANDVIEW SHIPPING PTY, LTD. to claim an interest in attached funds and, if necessary, defend against an alleged admiralty and maritime claim with respect to which there has been issued process of maritime attachment and garnishment.

FURTHERMORE, this appearance is expressly restricted to a claim of ownership over attached funds and any necessary defense of said claim; and is not to be construed as a general appearance or an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

1

In accordance with the above-stated restriction, please enter our appearance as counsel in this case for GRANDVIEW SHIPPING PTY, LTD.

We certify that we are admitted to practice in this Court.

Dated: Port Washington, New York
May 9, 2008

                CHALOS, O'CONNOR & DUFFY LLP
                Attorneys for GRANDVIEW SHIPPING PTY, LTD.

By: _____
      Eugene J. O'Connor (EO-9925)
      Timothy Semenoro (TS-6847)
      366 Main Street
      Port Washington, New York 11050
      Tel: (516) 767-3600 / Fax: (516) 767-3605