CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INDUSTRIAL CARRIERS, INC.,                    07 Civ. 8370 (DC)

                Plaintiff,            **RULE 7.1 STATEMENT**

- against –

GRANDVIEW SHIPPING PTY, LTD.,

                Defendant.

-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant GRANDVIEW SHIPPING PTY, LTD., certifies that Grandview Shipping Pty Ltd, its corporate parents, and its related companies are not publicly held in the United States.

Dated: Port Washington, New York
       May 9, 2008

                              CHALOS, O'CONNOR & DUFFY LLP
                              Attorneys for GRANDVIEW SHIPPING PTY, LTD.,

           By: _____
                              Eugene J. O'Connor (EO-9925)
                              Timothy Semenoro (TS-6847)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600 / Fax: (516) 767-3605